**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter **7**

☐ Check if this an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **May Media Group, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **74-3161299** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **108 Centre Blvd.**<br>**Suite I**<br>**Marlton, NJ 08053**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Burlington**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)**    **maymediagroup.com**

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor  **May Media Group, LLC**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **5418**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **May Media Group, LLC**                                          Case number (*if known*) _____
         Name

---

11. **Why is the case filed in**   *Check all that apply:*
    **this district?**
    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
      preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

12. **Does the debtor own or**   ☑ No
    **have possession of any**
    **real property or personal**   ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **property that needs**
    **immediate attention?**
                       **Why does the property need immediate attention?** (*Check all that apply.*)

                       ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                          What is the hazard? _____

                       ☐ It needs to be physically secured or protected from the weather.

                       ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                          livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                       ☐ Other _____

                       **Where is the property?** _____
                                                Number, Street, City, State & ZIP Code

                       **Is the property insured?**

                       ☐ No

                       ☐ Yes.   Insurance agency   _____
                                Contact name       _____
                                Phone              _____

---

■ **Statistical and administrative information**

---

13. **Debtor's estimation of**   *Check one:*
    **available funds**
                       ☐ Funds will be available for distribution to unsecured creditors.

                       ☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

14. **Estimated number of**   ☐ 1-49              ☐ 1,000-5,000           ☐ 25,001-50,000
    **creditors**             ☑ 50-99             ☐ 5001-10,000           ☐ 50,001-100,000
                              ☐ 100-199           ☐ 10,001-25,000         ☐ More than100,000
                              ☐ 200-999

---

15. **Estimated Assets**   ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                           ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
                           ☑ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                           ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

16. **Estimated liabilities**   ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
                                ☑ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

| Debtor | **May Media Group, LLC** | Case number (*if known*) | |
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05 / 18 / 2023
  MM / DD / YYYY

X _Maxine Wolf_       **Maxine Wolf**
Signature of authorized representative of debtor     Printed name

Title  **Managing Member**

**18. Signature of attorney**

X _Howard N. Sobel_       Date 05 / 18 / 2023
Signature of attorney for debtor       MM / DD / YYYY

**Howard. N. Sobel**
Printed name

**Howard N. Sobel, P.A.**
Firm name

**507 Kresson Road**
**P.O. Box 1525**
**Voorhees, NJ 08043**
Number, Street, City, State & ZIP Code

Contact phone  **856-424-6400**       Email address  **hsobel@sobellaw.com**

**020091980**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **May Media Group, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/15/2023    X *(signature)*
Signature of individual signing on behalf of debtor

**Maxine Wolf**
Printed name

**Managing Member**
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **May Media Group, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*......................................................................................   $      **0.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..................................................................................   $      **165,090.77**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*....................................................................................   $      **165,090.77**

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................   $      **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................   $      **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................   +$      **406,522.20**

4.   **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b      $      **406,522.20**

**Fill in this information to identify the case:**

Debtor name      **May Media Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.   Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Santander Bank**<br>**Cherry Hill, NJ** | **Checking** | **5458** | $2,000.00 |
| 3.2. | **Santander Bank** | **Money Market** | **2691** | $3.00 |
| 3.3. | **Citibank** | **Checking Account** | **5481** | $53.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$2,056.00

**Part 2:**    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security Deposit for Office Lease** | $3,907.17 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **May Media Group, LLC**                                    Case number *(If known)* _____
_____
Name

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                      | **$3,907.17** |
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **24,700.00** | - | **0.00** = .... | **$24,700.00** |
| --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **14,200.00** | - | **0.00** = .... | **$14,200.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **21,120.00** | - | **0.00** = .... | **$21,120.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **28,927.60** | - | **0.00** = .... | **$28,927.60** |
| | face amount | | doubtful or uncollectible accounts | |

12.    **Total of Part 3.**                                                     | **$88,947.60** |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** | | | | |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | **May Media Group, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| Perishables - food and other promotional items | | $0.00 | $750.00 |

23. **Total of Part 5.**                                                   | $750.00 |
Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture **Ikea Malm Desks (6)** | $0.00 | | $300.00 |
| | **Executive Desk and Credenza** | $0.00 | | $100.00 |
| | **Small Tables (2)** | $0.00 | | $30.00 |
| | **Folding Tables (2)** | $0.00 | | $20.00 |
| | **Conference Room Table** | $0.00 | | $75.00 |
| | **Ikea Chairs (15)** | $0.00 | | $150.00 |
| | **Projector Equipment** | $0.00 | | $50.00 |
| | **Miscellaneous Office Supplies** | $0.00 | | $75.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **May Media Group, LLC**                    Case number *(if known)*
          Name

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and**
       **communication systems equipment and software**
       **iMac Computers (6), iPad (1), Macbook Pro**
       **Laptops (3), Mac Air Laptops (3), Laptops (2)**
       **and Controller PC**                    $0.00                    $5,000.00

       **Refrigerator**                         $0.00                    $100.00

       **Microwave**                            $0.00                    $50.00

       **Toaster Oven**                         $0.00                    $30.00

       **Dishware and Utensils**                $0.00                    $50.00

       **Shelving**                             $0.00                    $200.00

       **Studio Equipment**                     $0.00                    $200.00

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                             $6,430.00
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm**
       **machinery and equipment)**

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 4

| Debtor | **May Media Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| Toshiba Copier - Leased= executed 2019 - 60 month term | $0.00 | | Unknown |

| 51. | **Total of Part 8.** | | $0.00 |
|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

- ■ No.  Go to Part 10.
- ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No.  Go to Part 11.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| **Trademark - Moms Meet Logo** | $0.00 | | Unknown |
| **Trademark - KIWI logo** | $0.00 | | Unknown |
| 61. **Internet domain names and websites** | | | |
| **momsmeet.com** | $0.00 | | Unknown |
| **kiwimagonline.com** | $0.00 | | Unknown |
| **maymediagroup.com** | $0.00 | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **In Sales CRM Hubspot and in database CRM: Marketo** | $0.00 | | $63,000.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 5 |
|---|---|---|

Debtor    **May Media Group, LLC**                                    Case number *(If known)* _____
_____
Name

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $63,000.00 |
|---|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **May Media Group, LLC** | | Case number *(If known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $2,056.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $3,907.17 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $88,947.60 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $750.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $6,430.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| 88. **Real property.** Copy line 56, Part 9............................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $63,000.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $165,090.77 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $165,090.77 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **May Media Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

---

**Fill in this information to identify the case:**

Debtor name    **May Media Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
**2 Klear.com Ltd.**
**10 Hanamal Street**
**Haifa, Isreal**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Supplier - Marketing Program**

Is the claim subject to offset? ☑ No ☐ Yes

**$10,800.00**

---

**3.2** | Nonpriority creditor's name and mailing address
**Adam Baldwin Liquified Media**
**56 Lakeview Ave.**
**Clinton, NJ 08809**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor / Supplier - IT Services**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,180.00**

---

**3.3** | Nonpriority creditor's name and mailing address
**American Express**
**PO Box 1270**
**Newark, NJ 07101**

Date(s) debt was incurred __
Last 4 digits of account number  **8008**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Various supplies and business related expenses**

Is the claim subject to offset? ☑ No ☐ Yes

**$11,732.46**

---

**3.4** | Nonpriority creditor's name and mailing address
**Bard Valley**
**538 E. 16th Street**
**Suite 201**
**Yuma, AZ 85365**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Orders/Work in Progress**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,000.00**

---

Debtor   **May Media Group, LLC**                              Case number (if known) _____
_____
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $519.00 |
|---|---|---|---|

**Becca Slocum**
**1331 Morgan Ave.**
**Williamsport, PA 17701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor / Supplier - Independent Contractor (Project Manager)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,397.40 |
|---|---|---|---|

**BI Worldwide  / Bunchball**
**7630 Bush Lake Road**
**Minneapolis, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0846**

Basis for the claim: **Vendor / Supplier - Gamification cloud-based platform**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,060.00 |
|---|---|---|---|

**BLDG**
**3546 Riverside Ave.**
**Rialto, CA 92377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Orders/Work in Progress - Influencer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,076.00 |
|---|---|---|---|

**Boiron Inc.**
**4 Campus Blvd.**
**Newtown Square, PA 19073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Contract / Work in Progress**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,180.00 |
|---|---|---|---|

**Bragg**
**PO Box 7**
**Santa Barbara, CA 93102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Orders/Work in Progress**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187.50 |
|---|---|---|---|

**Capital Group - American Funds**
**PO Box 659530**
**San Antonio, TX 78565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/123-4/30/23**

Last 4 digits of account number  **9126**

Basis for the claim: **401(K) Third Party**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,470.00 |
|---|---|---|---|

**Cobram #1**
**3546 Riverside Ave.**
**Woodland, CA 95766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Orders/Work in Progress**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **May Media Group, LLC**                                    Case number (if known)  _____
    Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,632.00 |
|---|---|---|---|

**Conscious Media Maven**
**197 Biscayne Drive**
**San Rafael, CA 94901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Services Rendered - Independent Salesperson__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,687.00 |
|---|---|---|---|

**Daiwa**
**1411 W 190th St**
**#375**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Orders / Work in Progress__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.00 |
|---|---|---|---|

**Enjoy Life**
**3810 River Road III**
**Schiller Park, IL 60176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Orders/Work in Progress__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,800.00 |
|---|---|---|---|

**Grand**
**3820 Northdale Blvd.**
**Suite 202B**
**Tampa, FL 33624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Orders/Work in Progress__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $518.00 |
|---|---|---|---|

**Herbaland**
**12340 Horseshoe Way**
**Richmond, BC V7A4Z1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Orders/Work in Progress__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,050.00 |
|---|---|---|---|

**Hubspot**
**25 First Street**
**Cambridge, MA 02141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor / Supplier - CRM Platform__

Last 4 digits of account number  __0565__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,364.00 |
|---|---|---|---|

**Hyatt Regency Orange County**
**11999 Harbor Blvd.**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Cancellation Fee for Event__

Last 4 digits of account number  __8848__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **May Media Group, LLC**
Name                                                                     Case number *(if known)*

| | | |
|---|---|---|
| **3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,760.00 |

**3.19**

Nonpriority creditor's name and mailing address

**If You Care**
**Source Atlantique**
**140 Sylvan Ave.**
**Englewood Cliffs, NJ 07632**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract / Work In Progress**

Is the claim subject to offset? ☒ No ☐ Yes

$4,760.00

---

**3.20**

Nonpriority creditor's name and mailing address

**Ithaca**
**17 Sully's Trail**
**Pittsford, NY 14534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Orders/Work in Progress**

Is the claim subject to offset? ☒ No ☐ Yes

$724.00

---

**3.21**

Nonpriority creditor's name and mailing address

**JustSystems**
**6-8-1 Nishi-Shinjuku-Ku**
**Tokyo 163-6017 Japan**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Orders/Work in Progress**

Is the claim subject to offset? ☒ No ☐ Yes

$3,280.00

---

**3.22**

Nonpriority creditor's name and mailing address

**Kathy Wong**
**99 Anthony Wayne Drive**
**Wayne, PA 19087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered - IT Consultant**

Is the claim subject to offset? ☒ No ☐ Yes

$1,790.00

---

**3.23**

Nonpriority creditor's name and mailing address

**Madison Reed**
**548 Market St.**
**PMB 17871**
**San Francisco, CA 94104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contracts / Work in Progress**

Is the claim subject to offset? ☒ No ☐ Yes

$10,360.00

---

**3.24**

Nonpriority creditor's name and mailing address

**Marketo**
**901 Mariners Island Blvd.**
**Suite 500**
**San Mateo, CA 94404**

Date(s) debt was incurred _

Last 4 digits of account number  **5596**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor / Supplier - B2B Marketing Automation**

Is the claim subject to offset? ☒ No ☐ Yes

$71,932.52

---

**3.25**

Nonpriority creditor's name and mailing address

**Marlton Crossing Inc.**
**108 East Centre Blvd.**
**Suite E**
**Marlton, NJ 08053**

Date(s) debt was incurred _

Last 4 digits of account number  **108i**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ☒ No ☐ Yes

$67,800.81

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **May Media Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,626.00 |
|---|---|---|---|

**Massel**
12 Melissa Place
Kings Park, Australia NSW 2148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Orders/Work in Progress__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,335.00 |
|---|---|---|---|

**Meati**
6880 Winchester Circle
Unit D
Boulder, CO 80301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Orders/Work in Progress__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,002.00 |
|---|---|---|---|

**Mixmi**
552 Silicon Drive
Suite 101
Southlake, TX 76092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Orders/Work in Progress__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $418.00 |
|---|---|---|---|

**Mother Shea**
7 North Auburn Ave.
Richmond, VA 23221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Orders/Work in Progress__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,335.00 |
|---|---|---|---|

**Mush**
212 W. Superior Street
Suite 501-502
Chicago, IL 60654

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Orders/Work in Progress__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,720.00 |
|---|---|---|---|

**Nairn's**
Source Atlantique
140 Sylvan Ave.
Englewood Cliffs, NJ 07632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Contract / Order in Progress__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,750.00 |
|---|---|---|---|

**Now Foods**
244 Knollwood Drive
Suite 300
Bloomingdale, IL 60108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Orders/Work in Progress__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | May Media Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,335.00 |
|---|---|---|---|

**Ocho**
2500 Campbell Street
Oakland, CA 94607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Orders/Work in Progress__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,160.00 |
|---|---|---|---|

**Ocho**
2501 Campbell Street
Oakland, CA 94607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Contract / Work in Progress__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,335.00 |
|---|---|---|---|

**Osem Bamba - Nestle**
333 Sylvan Sve.
Suite 302
Englewood Cliffs, NJ 07632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Orders/Work in Progress__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $494.00 |
|---|---|---|---|

**Petit Pot D**
4221 Horton Street
Emeryville, CA 94608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Orders/Work in Progress__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,300.00 |
|---|---|---|---|

**Petit Pot E**
4221 Horton St.
Emeryville, CA 94608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Orders/Work in Progress__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,670.00 |
|---|---|---|---|

**PHD Boric**
305 Williams Ave.
Madison, TN 37115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Orders/Work in Progress__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**Primepoint**
2 Springside Road
Westampton, NJ 08060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor / Supplier - Estimate for year end W2 processing__

Last 4 digits of account number __MAYMED__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **May Media Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $515.00 |
|---|---|---|---|

**Proper Good**
1212 Guadalupe
Unit 1002
Austin, TX 78701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Orders/Work in Progress**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.58 |
|---|---|---|---|

**Pros at Cleaning**
230 North Maple Ave.
#317
Marlton, NJ 08053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Rendered**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|---|

**PSEG**
PO Box 14444
New Brunswick, NJ 08906

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **7501**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,357.00 |
|---|---|---|---|

**Redwood Hill**
2064 Gravenstein Hwy N
Building 1, Suite 130
Sebastopol, CA 95472

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Orders/Work in Progress**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Sarah Sandor**
654 Sand Creek Road
Albany, NY 12205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Rendered - Editing**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,134.00 |
|---|---|---|---|

**Shinewater**
916 Washington Ave.
Suite 220
Bay City, MI 48708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Orders/Work in Progress**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,360.00 |
|---|---|---|---|

**Simple Skiff (Ohza)**
1770 Massachusetts Ave.
Suite 2001
Cambridge, MA 02140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Orders/Work in Progress**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| Debtor | **May Media Group, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.00 |

**Sprout Social**
**131 S. Dearborn Street**
**Suite 700**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor / Supplier - Social media Software

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $518.00 |

**St. Pierre Group**
**Kingston House**
**Towers Business Park**
**Wilmslow Road**
**Manchester M20 2LX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Orders/Work in Progress

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $533.00 |

**Sweet Nothings**
**715 College Ave.**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Orders/Work in Progress

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,900.00 |

**TEK**
**10 10th Street NE**
**Suite 1000**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor / Supplier - Recruiter for IP Person

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $442.00 |

**The Hartford**
**PO Box 660916**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Workers Compensation Insurance Policy

Last 4 digits of account number  5RIE

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,773.00 |

**Toshiba**
**1310 Madrid Street**
**Marshall, MN 56258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/19/2019

Basis for the claim:  Copier Lease

Last 4 digits of account number  7000

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70.00 |

**Toshiba**
**3620 Horizon Drive**
**Suite 100**
**King of Prussia, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Copier Maintenance Agreement

Last 4 digits of account number  2563

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | May Media Group, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,160.00 |
|---|---|---|---|

**True Made Foods**
5810 Kingstowne Center
Suite 120 #430
Alexandria, VA 22315

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract / Work in Progress**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**Unlimeat**
003 N. 1st
#221
San Jose, CA 95134

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Orders/Work in Progress**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159.93 |
|---|---|---|---|

**Vector Security**
5125 Campus Drive
Plymouth Meeting, PA 19462

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Alarm Monitoring Service**

Date(s) debt was incurred _

Last 4 digits of account number  **0651**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.00 |
|---|---|---|---|

**Verizon**
1905 Avenue of the Americas
New York, NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet Service**

Date(s) debt was incurred _

Last 4 digits of account number  **0001**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,686.00 |
|---|---|---|---|

**VFC**
71 McMurray Road
Suite 104
Pittsburgh, PA 15241

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Orders/Work in Progress**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,066.00 |
|---|---|---|---|

**Whoa Dough**
675 Aloha Drive
Highland Heights, OH 44143

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Orders/Work in Progress**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,283.00 |
|---|---|---|---|

**Wild Planet**
003 N. 1st
#221
Huntington, NY 11743

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Orders/Work in Progress**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **May Media Group, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |
|---|---|---|---|

**WP Engine**
**504 Lavaca Street**
**Suite 1000**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __1000__

Basis for the claim:  Vendor / Supplier - Hosting Services

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $494.00 |
|---|---|---|---|

**Zing E**
**600 1st Ave.**
**Suite 200D**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Orders/Work in Progress

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $494.00 |
|---|---|---|---|

**Zing F**
**600 1st Ave.**
**Suite 200D**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Orders/Work in Progress

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,871.00 |
|---|---|---|---|

**Zing G**
**600 1st Ave.**
**Suite 200D**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Orders/Work in Progress

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | | 5b. + $ | 406,522.20 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | | 5c. $ | 406,522.20 |

**Fill in this information to identify the case:**

Debtor name    **May Media Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
    (Official Form 206A/B).

**2. List all contracts and unexpired leases**          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.1.** | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** |
| | State the term remaining | **16 months** |
| | List the contract number of any government contract | |

Marlton Crossing LLC
108 Center Blvd.
Suite E
Marlton, NJ 08053

| | | |
|---|---|---|
| **2.2.** | State what the contract or lease is for and the nature of the debtor's interest | **Copier Lease** |
| | State the term remaining | **13 months** |
| | List the contract number of any government contract | |

Toshiba
1310 Madrid Street
Marshall, MN 56258

| | | |
|---|---|---|
| **2.3.** | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | |

Toshiba
3620 Horizon Drive
Suite 100
King of Prussia, PA 19406

| Fill in this information to identify the case: |
| --- |
| Debtor name **May Media Group, LLC** |
| United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY |
| Case number (if known) _____ |

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | **Maxine Wolf** | **107 E. Lake Blvd.**<br>**Medford, NJ 08055** | **American Express** | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **May Media Group, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 207

### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue
   Check all that apply | Gross revenue
   (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**
   From  **1/01/2023** to **Filing Date** | ■ Operating a business
   ☐ Other | **$663,000.00** |
   | **For prior year:**
   From  **1/01/2022** to **12/31/2022** | ■ Operating a business
   ☐ Other | **$1,803,951.00** |
   | **For year before that:**
   From  **1/01/2021** to **12/31/2021** | ■ Operating a business
   ☐ Other | **$2,680,034.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source
   (before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**
   From  **1/01/2022** to **12/31/2022** | **Royalities from Book -
   Allergy Friendly Food for
   Families** | **$20.51** |

---

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **May Media Group, LLC**                                   Case number *(if known)*

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

---

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor    **May Media Group, LLC**                                      Case number *(if known)*

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Child Mind Institute** | **Cash Contribution** | 07/23/2021 | $1,000.00 |
| | Recipients relationship to debtor | | | |
| 9.2. | **Project Night Night** | **Cash Contribution** | 12/28/2021 | $1,000.00 |
| | Recipients relationship to debtor | | | |
| 9.3. | **Plastic Oceans** | **Cash Contribution** | 02/18/2022 | $1,000.00 |
| | Recipients relationship to debtor | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Howard N. Sobel, P.A.**<br>**507 Kresson Road**<br>**P.O. Box 1525**<br>**Voorhees, NJ 08043** | **Attorney Fees** | 05/18/2023 | $5,000.00 |
| | Email or website address<br>**hsobel@sobellaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor    **May Media Group, LLC**                          Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **104 Centre Blvd. Suite A Marlton, NJ 08053** | **May 2014 - August 2021** |

### Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:
        Name of plan                                    Employer identification number of the plan
        **May Media Group, LLC 401K**                    EIN:  **IRK129126**

        Has the plan been terminated?
        ■ No

Debtor    **May Media Group, LLC**                                        Case number *(if known)* _____

☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| DocuVault Delaware Valley<br>13945 Imperial Way<br>West Deptford, NJ 08066 | Maxine Wolf<br>107 E. Lake Blvd.<br>Medford, NJ 08055 | Magazines and Old Bills | ☐ No<br>■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **May Media Group, LLC**                                                      Case number *(if known)* _____

■ No.
☐ Yes. Provide details below.

| Case title | Court or agency name and | Nature of the case | Status of case |
|---|---|---|---|
| Case number | address | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and | Environmental law, if known | Date of notice |
|---|---|---|---|
| | address | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and | Environmental law, if known | Date of notice |
|---|---|---|---|
| | address | | |

### Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | Dates business existed |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Debbie Winslow** **22 Sunflower Circle** **Lumberton, NJ 08048** | **4/2015 to present** |
| 26a.2. | **Brian C. Greenberg & Associates LLC** **1 Eves Drive** **Suite 11** **Marlton, NJ 08053** | **2021 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **Debbie Winslow** **22 Sunflower Circle** **Lumberton, NJ 08048** | **4/2015 to present** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **May Media Group, LLC**                                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **Brian C. Greenberg & Associates LLC**<br>**1 Eves Drive**<br>**Suite 11**<br>**Marlton, NJ 08053** | **2021 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Brian C. Greenberg & Associates LLC**<br>**1 Eves Drive**<br>**Suite 11**<br>**Marlton, NJ 08053** | |
| 26c.2. **Maxine Wolf**<br>**108 Centre Blvd.**<br>**Suite I**<br>**Marlton, NJ 08053** | |
| 26c.3. **Debbie Winslow**<br>**108 Centre Blvd.**<br>**Suite I**<br>**Marlton, NJ 08053** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Maxine Wolf** | **107 E. Lake Rd.**<br>**Medford, NJ 08055** | **Managing Member** | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **May Media Group, LLC**                                          Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **Maxine Wolf**<br>**107 E. Lake Blvd.**<br>**Medford, NJ 08055** | $278,500.00 | 5/12/2022-5/12<br>/2023 | **Salary for**<br>**Management**<br>**Services** |
| **Relationship to debtor**<br>**Managing Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

   **Name of the parent corporation**                              **Employer Identification number of the parent**
                                                                   **corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

   **Name of the parent corporation**                              **Employer Identification number of the parent**
                                                                   **corporation**

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *5/18/23*

*/Maxine Wolf/*                                            **Maxine Wolf**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    **Managing Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re  **May Media Group, LLC**

Debtor(s)

Case No. _____

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 5,000.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 5,000.00 |

2.  The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

May 19, 2023
_____
Date

_____
**Howard. N. Sobel**
*Signature of Attorney*
**Howard N. Sobel, P.A.**
**507 Kresson Road**
**P.O. Box 1525**
**Voorhees, NJ 08043**
**856-424-6400  Fax: 856-424-7019**
**hsobel@sobellaw.com**
*Name of law firm*

# United States Bankruptcy Court
## District of New Jersey

In re   **May Media Group, LLC**

Debtor(s)

Case No.
Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   5/18/23

**Maxine Wolf/Managing Member**
Signer/Title

2 Klear.com Ltd.
10 Hanamal Street
Haifa, Isreal


Adam Baldwin Liquified Media
56 Lakeview Ave.
Clinton, NJ 08809


American Express
PO Box 1270
Newark, NJ 07101


Bard Valley
538 E. 16th Street
Suite 201
Yuma, AZ 85365


Becca Slocum
1331 Morgan Ave.
Williamsport, PA 17701


BI Worldwide  / Bunchball
7630 Bush Lake Road
Minneapolis, MN 55439


BLDG
3546 Riverside Ave.
Rialto, CA 92377


Boiron Inc.
4 Campus Blvd.
Newtown Square, PA 19073


Bragg
PO Box 7
Santa Barbara, CA 93102


Capital Group - American Funds
PO Box 659530
San Antonio, TX 78565


Cobram #1
3546 Riverside Ave.
Woodland, CA 95766

Conscious Media Maven
197 Biscayne Drive
San Rafael, CA 94901


Daiwa
1411 W 190th St
#375
Gardena, CA 90248


Enjoy Life
3810 River Road III
Schiller Park, IL 60176


Grand
3820 Northdale Blvd.
Suite 202B
Tampa, FL 33624


Herbaland
12340 Horseshoe Way
Richmond, BC V7A4Z1


Hubspot
25 First Street
Cambridge, MA 02141


Hyatt Regency Orange County
11999 Harbor Blvd.
Garden Grove, CA 92840


If You Care
Source Atlantique
140 Sylvan Ave.
Englewood Cliffs, NJ 07632


Ithaca
17 Sully's Trail
Pittsford, NY 14534


JustSystems
6-8-1 Nishi-Shinjuku-Ku
Tokyo 163-6017 Japan

Kathy Wong
99 Anthony Wayne Drive
Wayne, PA 19087

Madison Reed
548 Market St.
PMB 17871
San Francisco, CA 94104

Marketo
901 Mariners Island Blvd.
Suite 500
San Mateo, CA 94404

Marlton Crossing Inc.
108 East Centre Blvd.
Suite E
Marlton, NJ 08053

Marlton Crossing LLC
108 Center Blvd.
Suite E
Marlton, NJ 08053

Massel
12 Melissa Place
Kings Park, Australia NSW 2148

Meati
6880 Winchester Circle
Unit D
Boulder, CO 80301

Mixmi
552 Silicon Drive
Suite 101
Southlake, TX 76092

Mother Shea
7 North Auburn Ave.
Richmond, VA 23221

Mush
212 W. Superior Street
Suite 501-502
Chicago, IL 60654

Nairn's
Source Atlantique
140 Sylvan Ave.
Englewood Cliffs, NJ 07632

Now Foods
244 Knollwood Drive
Suite 300
Bloomingdale, IL 60108

Ocho
2500 Campbell Street
Oakland, CA 94607

Ocho
2501 Campbell Street
Oakland, CA 94607

Osem Bamba - Nestle
333 Sylvan Sve.
Suite 302
Englewood Cliffs, NJ 07632

Petit Pot D
4221 Horton Street
Emeryville, CA 94608

Petit Pot E
4221 Horton St.
Emeryville, CA 94608

PHD Boric
305 Williams Ave.
Madison, TN 37115

Primepoint
2 Springside Road
Westampton, NJ 08060

Proper Good
1212 Guadalupe
Unit 1002
Austin, TX 78701

Pros at Cleaning
230 North Maple Ave.
#317
Marlton, NJ 08053


PSEG
PO Box 14444
New Brunswick, NJ 08906


Redwood Hill
2064 Gravenstein Hwy N
Building 1, Suite 130
Sebastopol, CA 95472


Sarah Sandor
654 Sand Creek Road
Albany, NY 12205


Shinewater
916 Washington Ave.
Suite 220
Bay City, MI 48708


Simple Skiff (Ohza)
1770 Massachusetts Ave.
Suite 2001
Cambridge, MA 02140


Sprout Social
131 S. Dearborn Street
Suite 700
Chicago, IL 60603


St. Pierre Group
 Kingston House
Towers Business Park
Wilmslow Road
Manchester M20 2LX


Sweet Nothings
715 College Ave.
Menlo Park, CA 94025

TEK
10 10th Street NE
Suite 1000
Atlanta, GA 30309


The Hartford
PO Box 660916
Dallas, TX 75266


Toshiba
1310 Madrid Street
Marshall, MN 56258


Toshiba
3620 Horizon Drive
Suite 100
King of Prussia, PA 19406


True Made Foods
5810 KIngstowne Center
Suite 120 #430
Alexandria, VA 22315


Unlimeat
003 N. 1st
#221
San Jose, CA 95134


Vector Security
5125 Campus Drive
Plymouth Meeting, PA 19462


Verizon
1905 Avenue of the Americas
New York, NY 10036


VFC
71 McMurray Road
Suite 104
Pittsburgh, PA 15241


Whoa Dough
675 Aloha Drive
Highland Heights, OH 44143

Wild Planet
003 N. 1st
#221
Huntington, NY 11743


WP Engine
504 Lavaca Street
Suite 1000
Austin, TX 78701


Zing E
600 1st Ave.
Suite 200D
Seattle, WA 98104


Zing F
600 1st Ave.
Suite 200D
Seattle, WA 98104


Zing G
600 1st Ave.
Suite 200D
Seattle, WA 98104